# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3156

_____

Charles Armstrong,                          *
                                            *
                Appellant,                  *
                                            *
        v.                                  *   Appeal from the United States
                                            *   District Court for the Eastern
Harrison Family; McQuay Family;             *   District of Missouri.
Vinita Park Police Department; Ku           *
Klux Klan, Overland, Missouri; Ku           *        (UNPUBLISHED)
Klux Klan, State of Missouri,               *
                                            *
                Appellees.                  *

_____

Submitted:  December 22, 2000

Filed: January 5, 2001

_____

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit
    Judges.

_____

PER CURIAM.

Charles Armstrong appeals the district court's[1] order dismissing his pro se civil
rights complaint against multiple defendants.  After careful review of the record, we

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern
District of Missouri.

conclude that Mr. Armstrong's complaint was frivolous and failed to state a claim. See 28 U.S.C. § 1915(e)(2)(B)(i), (ii); <u>Bray v. Alexandria Women's Health Clinic</u>, 506 U.S. 263, 267-68 (1993); <u>Neitzke v. Williams</u>, 490 U.S. 319, 325 (1989); <u>West v. Atkins</u>, 487 U.S. 42, 48 (1988); <u>Monell v. Dep't of Soc. Servs.</u>, 436 U.S. 658, 691-95 (1978). Accordingly, we affirm. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.